IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA B. COSTANTINI,

    Plaintiff,                                    No. CIV S-09-0406 MCE DAD PS

    v.

WACHOVIA MORTGAGE FSB              FINDINGS AND RECOMMENDATIONS
f/k/a WORLD SAVINGS BANK, et al.,

    Defendants.
_____/

        By minute order filed and served on June 11, 2009, the undersigned vacated the status (pretrial scheduling) conference previously scheduled for June 12, 2009. The minute order was served on plaintiff at her address of record and was returned by the postal service on June 15, 2009 marked "Attempted - not known - unable to forward." Orders previously served on plaintiff by mail sent to her address of record on February 13, 2009 and April 29, 2009 were not returned to the court. The docket reflects that plaintiff has not filed any document in this case since she filed her complaint on February 12, 2009.

        It appears that plaintiff has failed to comply with Local Rule 83-182, which requires that every party, including a party proceeding in propria persona, notify the court and all other parties of any change of address. Local Rule 83-182(f). "Absent such notice, service of documents at the prior address of the attorney or party shall be fully effective." Id.

1 Failure to comply with the court's rules or with any order of the court may be
2 grounds for imposition by the court of any and all sanctions authorized by statute or rule or
3 within the inherent power of the court.  Local Rule 11-110.

4 Good cause appearing, IT IS RECOMMENDED that this action be dismissed due
5 to plaintiff's failure to keep the court apprised of her current address and failure to comply with
6 applicable rules and court orders.

7 These findings and recommendations will be submitted to the United States
8 District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
9 twenty days after being served with these findings and recommendations, plaintiff may file and
10 serve written objections with the court.  A document containing objections should be titled
11 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
12 failure to file objections within the specified time may waive the right to appeal the District
13 Court's order regarding the findings and recommendations.  See Martinez v. Ylst, 951 F.2d 1153
14 (9th Cir. 1991).

15 DATED: June 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\costantini0406.nca

2